# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANE DOE

VERSUS

RAYNANDO L. BANKS, M.D.,
RAYNANDO L. BANKS, " A
MEDICAL CORPORATION", &
LOUISIANA MEDICAL MUTUAL
INSURANCE CO.

NO.    2025 CW 0578

**OCTOBER 06, 2025**

---

In Re:    Raynando Banks, M.D., Raynando L. Banks, "A Medical
          Corporation", & Louisiana Medical Mutual Insurance Co.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 754383.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT